# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA,     )
     )
v.     )     1:17-cr-00073-JAW-7
     )
DIANA DAVIS,     )
     )
     )
     Defendant     )

## RECOMMENDED DECISION ON
## DEFENDANT'S MOTION TO SUPPRESS

This matter is before the Court on Defendant's Motion to Suppress. (Motion, ECF No. 280.) Through the motion, Defendant seeks to exclude as evidence at trial her statements made to law enforcement following an incident in a parking lot in Augusta, Maine, on June 26, 2016. Defendant asks the Court to exclude the statements she made at the scene of the incident and at the Augusta Police Department. As the Government explained in its response to the motion and as the Government confirmed during the parties' conference with the Court on October 30, 2017, the Government does not object to the motion.[1] (Response, ECF No. 336.)

Given the lack of objection to the motion, I recommend the Court grant the motion to suppress, and exclude as evidence at trial the statements Defendant made to law enforcement on June 26, 2016.

---

[1]The Government reserved the "right to make use of [Defendant's] statements on cross-examination as permitted by *Harris v. New York*, 401 U.S. 222, 225-26 (1971), *United States v. Havens*, 446 U.S. 620, 627-28 (1980), and their progeny." (Response, ECF No. 336)

**NOTICE**

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, and request for oral argument before the district judge, if any is sought, within fourteen (14) days of being served with a copy thereof.  A responsive memorandum and any request for oral argument before the district judge shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 3rd day of November, 2017.